<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7120**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TROY ROLLE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (CR-97-608, CA-01-373-7-20)

———————

Submitted: November 29, 2001      Decided: December 5, 2001

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Troy Rolle, Appellant Pro Se. Isaac Louis Johnson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Rolle seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Rolle, Nos. CR-97-608; CA-01-373-7-20 (D.S.C. filed Apr. 9, 2001; entered Apr. 11, 2001); see also United States v. Sanders, 247 F.3d 139, 142 (4th Cir. 2001) (holding that Apprendi v. New Jersey, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED